UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-164 (RBW) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| BRIAN RICE, | : | VIOLATIONS: |
| also known as "Ice," | : | 21 U.S.C. § 846 |
| ELLIOTT JOHNSON, | : | (Conspiracy to Distribute and Possess |
| also known as "Nadir" and "Hundo," | : | with Intent to Distribute 400 Grams or |
| JEREMY YOUNG, | : | More of a Mixture and Substance |
| also known as "G-Code," | : | Containing a Detectable Amount of |
| DAEVON NARCE, | : | Fentanyl or 100 Grams of More of a |
| also known as "Black Jesus," | : | Mixture and Substance Containing a |
| WILLIAM PROCTOR, | : | Detectable Amount of Any Analogue of |
| also known as "Billy," | : | Fentanyl, and 28 Grams or More of |
| ANDRE WILLIAMS, | : | Cocaine Base); |
| also known as "Sin," | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) |
| AKO HANDY, | : | (Unlawful Distribution of 40 Grams or |
| also known as "K.O.," | : | More of Fentanyl); |
| KEITH GLISS, | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| also known as "K.D." and "Flea," | : | (Unlawful Distribution of 28 Grams or |
| MANUEL BROWN, | : | More of Cocaine Base); |
| also known as "Black," | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| WESLEY HILLIARD, | : | (Unlawful Possession With Intent to |
| also known as "God," | : | Distribute 28 Grams or More of Cocaine |
| STANLEY HOOD, | : | Base); |
| also known as "Slim," | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) |
| THOMAS SHELTON, | : | (Unlawful Possession With Intent to |
| also known as "T," | : | Distribute 40 Grams or More of |
| TYRONE WADE, | : | Fentanyl); |
| also known as "Fats," | : | 18 U.S.C. § 924(c)(1) |
| HAROLD AUGOSTUS STONE, | : | (Using, Carrying, and Possessing a |
| also known as "Bankroll," | : | Firearm During a Drug Trafficking |
| TYRONE ROBINSON, | : | Offense); |
| also known as "Dog," | : | 18 U.S.C. § 922(g)(1) |
| CHRISTION COOPER, | : | (Unlawful Possession of Ammunition by a |
| also known as "Soulja," | : | Person Convicted of a Crime Punishable |
| KENNETH WATTS, | : | by Imprisonment for a Term Exceeding |
| also known as "Wop," | : | One Year); |
| MARQUETTE HUNTER, | : | 22 D.C. Code § 4503(a)(1), (b)(1) |

| | | |
|---|---|---|
| also known as "Q," and | : | **(Unlawful Possession of a Firearm** |
| **BRANDON BENSON,** | : | **(Crime of Violence))** |
| also known as "Jet," | : | **22 D.C. Code § 4504(a)** |
| | : | **(Carrying a Pistol Without a License** |
| **Defendants.** | : | **(Outside Home or Place of Business))** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 981(a)(1)(C);** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p)** |
| | : | **28 U.S.C. § 2461(c)** |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 1, 2021 and continuing through at least May 25, 2022, within the District of Columbia and elsewhere, defendants, **BRIAN RICE, also known as "Ice," ELLIOTT JOHNSON, also known as "Nadir" and "Hundo," JEREMY YOUNG, also known as "G-Code," DAEVON NARCE, also known as "Black Jesus," WILLIAM PROCTOR, also known as "Billy," ANDRE WILLIAMS, also known as "Sin," AKO HANDY, also known as "K.O.," KEITH GLISS, also known as "K.D." and "Flea," MANUEL BROWN, also known as "Black," WESLEY HILLIARD, also known as "God," STANLEY HOOD, also known as "Slim," THOMAS SHELTON, also known as "T," TYRONE WADE, also known as "Fats," HAROLD AUGOSTUS STONE, also known as "Bankroll," TYRONE ROBINSON, also known as "Dog," CHRISTION COOPER, also known as "Soulja," KENNETH WATTS, also known as "Wop," MARQUETTE HUNTER, also known as "Q," and BRANDON BENSON, also known as "Jet,"** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute four-hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or one-hundred grams or more of a mixture

2

and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), (b)(1)(B)(iii), (vi), and (b)(1)(C).

Quantity of Fentanyl and Cocaine Base Involved in the Conspiracy:

With respect to defendant **BRIAN RICE, also known as "Ice,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four-hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or one-hundred grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi) and (b)(1)(B)(iii).

With respect to defendant **ELLIOTT JOHNSON, also known as "Nadir" and "Hundo,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more ofa mixture and substance containing a

detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and (b)(1)(B)(iii).

With respect to defendant **JEREMY YOUNG, also known as "G-Code,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi) and (b)(1)(C).

With respect to defendant **DAEVON NARCE, also known as "Black Jesus,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

With respect to defendant **WILLIAM PROCTOR, also known as "Billy,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and

4

substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and (b)(1)(C).

With respect to defendant **ANDRE WILLIAMS, also known as "Sin,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and (b)(1)(C).

With respect to defendant **AKO HANDY, also known as "K.O.,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **KEITH GLISS, also known as "K.D." and "Flea,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably

foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

With respect to defendant **MANUEL BROWN, also known as "Black,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **WESLEY HILLIARD, also known as "God,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **STANLEY HOOD, also known as "Slim,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-

6

phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **THOMAS SHELTON, also known as "T,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **TYRONE WADE, also known as "Fats,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **HAROLD AUGOSTUS STONE, also known as "Bankroll,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and (b)(1)(B)(vi).

With respect to defendant **TYRONE ROBINSON, also known as "Dog,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **CHRISTION COOPER, also known as "Soulja,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **KENNETH WATTS, also known as "Wop,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **MARQUETTE HUNTER, also known as "Q,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved

twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

With respect to defendant **BRANDON BENSON, also known as "Jet,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

> **(Conspiracy to Distribute and Possess with Intent to Distribute 400 or More Grams of a Mixture and Substance Containing a Detectable Amount of Fentanyl or 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Any Analogue of Fentanyl, and 28 Grams or More of Cocaine Base,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about February 16, 2022, within the District of Columbia, **BRIAN RICE, also known as "Ice,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

> **(Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT THREE

On or about March 4, 2022, within the District of Columbia, **BRIAN RICE, also known as "Ice,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture

and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    (**Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi)),

## COUNT FOUR

On or about March 23, 2022, within the District of Columbia, **ELLIOTT JOHNSON, also known as "Nadir" and "Hundo," and WILLIAM PROCTOR, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    (**Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT FIVE

On or about January 18, 2022, within the District of Columbia, **AKO HANDY, also known as "K.O.,"** did unlawfully, knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

    (**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii))

## COUNT SIX

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS STONE, also known as "Bankroll,"** did unlawfully, knowingly and intentionally possess with

intent to distribute 28 grams or more of a mixture and substance containing a detectable amount

of cocaine base, a Schedule II narcotic drug controlled substance.

> (**Unlawful Possession With Intent to Distribute 28 Grams or More of Cocaine Base**,
> in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii))

## COUNT SEVEN

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS**

**STONE, also known as "Bankroll,"** did unlawfully, knowingly and intentionally possess with

intent to distribute 40 grams or more of a mixture and substance containing a detectable amount

of fentanyl, a Schedule II narcotic drug controlled substance.

> (**Unlawful Possession With Intent to Distribute 40 Grams or More of Fentanyl**, in
> violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT EIGHT

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS**

**STONE, also known as "Bankroll,"** did unlawfully and knowingly use, carry, and possess a

firearm during and in relation to, and possess in furtherance of, a drug trafficking offense, for

which he may be prosecuted in a court of the United States, that is, Counts One, Six, and Seven of

this Indictment which is incorporated herein, a firearm, that is, a Polymer 80, 9mm handgun.

> (**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in
> violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT NINE

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS**

**STONE, also known as "Bankroll,"** knowing he/she had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the Superior Court for the District

of Columbia, Criminal Case No. 1994-FEL-003751, did unlawfully and knowingly receive and

possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TEN

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS STONE, also known as "Bankroll,"** knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case No. 1994-FEL-003751, owned, kept, and had within his possession and control, a firearm.

> **(Unlawful Possession of a Firearm (Crime of Violence)**, in violation of 22 D.C. Code, Section 4503(a)(1), (b)(1) (2001 ed.))

## COUNT ELEVEN

On or about May 11, 2022, within the District of Columbia, **HAROLD AUGOSTUS STONE, also known as "Bankroll,"** did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

> **(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One through Seven of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2.       Upon conviction of the offense alleged in Counts Eight and Nine of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Polymer 80, 9mm and 9mm ammunition.

3.       If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

        a.       cannot be located upon the exercise of due diligence;

        b.       has been transferred or sold to, or deposited with, a third party;

        c.       has been placed beyond the jurisdiction of the Court;

        d.       has been substantially diminished in value; or

        e.       has been commingled with other property that cannot be divided without
                difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

                        A TRUE BILL:

                        FOREPERSON.

*Matthew M. Graves/CCW*

Attorney of the United States in
and for the District of Columbia.

13